UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 2 5 2008
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| AQUIFER GUARDIANS IN URBAN AREAS, <br> Plaintiff, <br><br> V. <br><br> INTCO DOMINION INVESTMENTS, <br> Defendant. | CIV. NO. SA-08-CV-00495-XR |

## ORDER

**CAME ON FOR CONSIDERATION**, Defendant INTCO-DOMINION PARTNERSHIP's Motion to Dismiss. Plaintiff, AQUIFER GUARDIANS IN URBAN AREAS has indicated its agreement to dismiss. This court is of the opinion that this request should be **GRANTED**;

It is, therefore, ORDERED that AQUIFER GUARDIANS IN URBAN AREAS claims against INTCO-DOMINION PARTNERSHIP are hereby dismissed without prejudice to re-filing.

Further, Plaintiff's application for Preliminary Injunction is DENIED as moot, and the Court's Temporary Restraining Order is DISSOLVED.

Signed on this 25th day of June, 2008.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE