```
 1                    UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF TEXAS
 2                        SAN ANTONIO DIVISION

 3   AQUIFER GUARDIANS IN URBAN )
     AREAS,                     )
 4       Plaintiff,             )
                                ) No. SA:08-CV-495
 5       vs.                    )
                                ) San Antonio, Texas
 6   INTCO-DOMINION INVESTMENTS,) June 25, 2008
         Defendant.             )
 7
                           TRANSCRIPT OF HEARING
 8              BEFORE THE HONORABLE XAVIER RODRIGUEZ
                    UNITED STATES DISTRICT JUDGE
 9
     A P P E A R A N C E S:
10
     FOR THE PLAINTIFF:
11
     Collin Law Office
12   Mr. Omar Orlando Collin
     1202 South Alamo Street
13   San Antonio, Texas 78210

14   FOR THE DEFENDANT:

15   Law Office of S. Mark Murray
     Mr. S. Mark Murray
16   2818 Nacogdoches
     San Antonio, Texas 78217
17
     COURT REPORTER:
18
     Karl H. Myers, CSR, RMR, CRR
19   Official Court Reporter
     655 E. Durango Blvd., Rm. 315
20   San Antonio, TX  78206
     Telephone:  (210) 212-8114
21   Email:   karlcsr@yahoo.com

22   Proceedings reported by stenotype, transcript produced by
     computer-aided transcription.
23

24

25
```

*-*-*-*-*-*-*

(June 25, 2008.)

THE COURT: Mr. Murray, do you have an agreed order or what do you have?

MR. MURRAY: Your Honor, I have Mr. Omar Collin, who is here on behalf of the plaintiffs in the case. I don't think there is any dispute about the order that I showed you earlier. We have a copy of it to present to the Court.

THE COURT: Okay. Let me go ahead and call yours, since you are all here. This is 08-Civil-495, Aquifer Guardians in Urban Areas versus Intco Dominion. And appearances, please.

MR. MURRAY: Mark Murray on behalf of the defendants, Your Honor.

MR. COLLIN: Omar Collin on behalf of the AGUA defendant, Your Honor.

THE COURT: All right. So the agreed order is for dismissal?

MR. MURRAY: That is correct, Your Honor. May I present it to the Court?

THE COURT: Yes. Thank you.

Mr. Collin, this order, and I will just read it. Came on for consideration defendant Intco Dominion Partnership's motion to dismiss. Plaintiff Aquifer Guardians in Urban Areas has indicated its agreement to dismiss. The

```
 1   Court is of the opinion the request should be granted.  It is
 2   therefore ordered that AGUA's claims against Intco are hereby
 3   dismissed without prejudice to refiling.
 4            Further, plaintiff's application for preliminary
 5   injunction is denied as moot and the Court's temporary
 6   restraining order is dissolved.
 7            Is your client in agreement with this?
 8            MR. COLLIN:  Yes, Your Honor.
 9            THE COURT:  Okay.  Just -- and I am assuming the
10   basis of this is the failure to give 60 days' notice?
11            MR. COLLIN:  Well, Your Honor, we -- first of all,
12   the United States Fish & Wildlife Service yesterday issued an
13   enforcement letter, and we believe that this enforcement
14   letter basically takes the U.S. Department of the Interior --
15   at least they are stepping in to enforce this, so we, at this
16   point, feel that --
17            THE COURT:  So the citizen's suit is taking a step
18   back so the government can come in and enforce whatever
19   obligations it thinks necessary?
20            MR. COLLIN:  Yes, Your Honor.
21            THE COURT:  Okay.  That leads me to the second issue
22   that I was going to raise.  I don't know what the government
23   is going to do, Fish & Wildlife or the Department of the
24   Interior, and how quickly they may act.  Do you have any
25   insight to that?
```

|  |  |
|---|---|
| 1 | MR. COLLIN: Well, the only insight that we have as |
| 2 | of now is what we have, what we can gather from this letter |
| 3 | that they issued, which basically discusses, you know, having |
| 4 | enforcement agents monitoring the sight and monitoring for any |
| 5 | type of violation. |
| 6 | THE COURT: Okay. The only reason I am bringing it |
| 7 | to you all's attention is, I am heading out for a family |
| 8 | vacation come this Saturday, and I will be gone through |
| 9 | July 7th. So when the new suit is filed, I am not sure how |
| 10 | the clerk's office is going to handle it. |
| 11 | I don't know whether they will consider it -- well, |
| 12 | they will probably docket it as a new lawsuit, but whether it |
| 13 | gets reassigned to me as something that was previously handled |
| 14 | or they will randomly reassign to one of the four of us |
| 15 | here -- well, Judge Furgeson will be off the rotation, now |
| 16 | that he is taking senior status. |
| 17 | So what is going to happen, just to give you all a |
| 18 | heads up, if a new suit is filed -- is there somebody here |
| 19 | from the Fish & Wildlife, by the way? |
| 20 | MR. VALDIVIA: No, I am with -- |
| 21 | THE COURT: Okay. If a new suit is filed, it will |
| 22 | either get reassigned to me as a continuing matter or it will |
| 23 | go to one of the three judges here, Judge Garcia, Judge Biery |
| 24 | or myself, random assignment. |
| 25 | If it gets assigned to one of the other two, fine. |

1  I am not going to interfere with the clerk's assignment
2  process. The only thing I am telling you is, if it gets
3  reassigned to me, though, and somebody is seeking any kind of
4  immediate injunctive relief, I am not going to be around until
5  July, what, 7th or 8th, that Monday.
6        So if it gets reassigned to me and somebody is going
7  to be seeking injunctive relief, you will need to work with my
8  office to get another judge to handle any emergency injunctive
9  relief that may be necessary, so just to give you a heads up
10 of what is happening on my schedule.
11       Does anybody have any questions, comments?
12       MR. MURRAY: If I may, Your Honor.
13       THE COURT: Yes.
14       MR. MURRAY: I don't want to get -- I hate to get
15 into the merits of this too much, but I don't think there
16 would be any dispute on either side that insofar as it
17 concerns the warbler, their nesting dates will have long
18 past -- frankly, have past now and will long have past by the
19 time you are gone.
20       I am leaving myself on Sunday and I will be gone.
21 But insofar as the warbler is concerned, I don't think there
22 will be any implications there, because they will be gone.
23 There is no clearing going on nor contemplated to be going on
24 on this property for a long time, I mean, way -- until way
25 after you are back from vacation, for sure. And the only

1  thing that is going on is construction of the road, but there
2  is no clearing going on, so I can't imagine that such an
3  emergency would arise in your absence.
4  　　　　　THE COURT:  Well, I am just bringing it to
5  everybody's attention that, you know, you might have to hunt
6  for another judge if it gets reassigned to me.
7  　　　　　Well, good enough.  I will sign the order.  I urge
8  all parties to try to sit together and talk this out.  This
9  ain't going away any time soon.
10 　　　　　Ms. Dietrich, if you will get this filed.
11 　　　　　COURTROOM DEPUTY:  Yes, sir.
12 　　　　　THE COURT:  That is dismissed.  The TRO is
13 dissolved.  And otherwise, we are adjourned.
14 　　　　　MR. COLLIN:  Thank you, Your Honor.
15 　　　　　MR. MURRAY:  Thank you, Your Honor.
16 　　　　　*-*-*-*-*-*-*

1                    *-*-*-*-*-*-*-*

2  UNITED STATES DISTRICT COURT )

3  WESTERN DISTRICT OF TEXAS    )

4         I certify that the foregoing is a correct transcript

5  from the record of proceedings in the above-entitled matter.

6  I further certify that the transcript fees format comply with

7  those prescribed by the Court and the Judicial Conference of

8  the United States.

9  Date signed: June 27, 2008.

10

11                              /s/ Karl H. Myers
                                _____
12                              **KARL H. MYERS, CSR, RMR, CRR**
                                Official Court Reporter
13                              655 East Durango Blvd., Suite 315
                                San Antonio, Texas 78206
14                              (210)212-8114

15

16

17

18

19

20

21

22

23

24

25